# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

UNITED STATES OF AMERICA,

v.

TIMOTHY W. LOPER,

Defendant.

CASE NO.: 2:22-cr-26-33

## ORDER

After conducting an independent and de novo review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation, dkt. no. 1477, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 22 day of August, 2023.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA